Ralph A. Drain and Charles Benson, appellees, v. Courtney R. Gleason et al., on appeal of Courtney R. Gleason and Georgia S. Gleason, appellants. Gen. No. 27,993.

Action for breach of covenant of warranty on real estate. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Joel C. Fitch, Judge, presiding. Heard in the first division of this court for the October term, 1922. Affirmed. Opinion filed May 28, 1923. *Certiorari* denied by Supreme Court (making opinion final).

G. A. Buresh, for appellants. Sinden & Hassell, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

A. M. Andersen, appellee, v. A. M. Kenning, appellant. Gen. No. 28,005.

Claim on contract for construction work. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Oscar R. Zipf, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Reversed and remanded. Opinion filed May 28, 1923.

Alden, Latham & Young, for appellant; Charles Martin, of counsel. Clark & Clark, for appellee; Russell S. Clark, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Paristyle Novelty Company, appellee, v. National Trading Company, appellant. Gen. No. 28,022.

Claim for damages for failure to deliver two orders of human hair cap nets. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

Michael Feinberg, for appellant. Culver, Andrews & King, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Elijah K. Brown, trading as E. K. Brown & Co., appellee, v. Albert O'Rourke, appellant. Gen. No. 28,044.

Claim for commission for procuring purchaser of real estate. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. Frank S. Righeimer, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923.

Drucker & Boutell, for appellant; Jerome J. Sladkey, of counsel. Levinson & Hoffman, for appellee; Avern B. Scolnick, of counsel.

Mr. Justice Matchett delivered the opinion of the court.